# UNITED STATE DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MCCUTCHEON, an individual; BRENDA MCCUTCHEON, an individual,<br><br>Plaintiffs,<br>v.<br><br>OUTDOORS RV MANUFACTURING, INC, An Oregon Corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:20-cv-01811-TLN-KJN<br><br>**ORDER RE JOINT STIPULATION WITH PREJUDICE**<br><br>District Judge: Troy L. Nunley<br>Magistrate Judge: Kendall J. Newman<br>Courtroom 2, 15th floor<br>Complaint filed: 7/28/2020<br>Removal Date: 9/08/2020<br>Trial: None Yet Set |

This matter is before the Court on the Joint Stipulation for Dismissal with Prejudice of Defendant, OUTDOORS RV MANUFACTURING, INC., on the one hand, and Plaintiffs, JAMES MCCUTCHEON and BRENDA MCCUTCHEON, on the

-1-

**ORDER RE: JOINT STIPULATION FOR DISMISSAL OF ACTION
WITH PREJUDICE**

other, for an Order Re: Joint Stipulation for Dismissal of Action with Prejudice (Stipulation). The Court having considered the Stipulation and good cause appearing: **IT IS HEREBY ORDERED** as follows:

1. The Stipulation is approved; and,

2. The entire action, including all claims stated herein against all parties, is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: July 14, 2022

Troy L. Nunley
United States District Judge